**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARIO ALDO SAUCEDA,

      Movant/Defendant,

v.                                                    CV 11-1052 JC/WPL
                                                         CR 10-0606 JC

UNITED STATES OF AMERICA,

      Respondent/Plaintiff.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition and Mario Aldo Sauceda's objections thereto. (Doc. 73,[1] 76.) In his objections, Sauceda contends that his defense counsel's performance was constitutionally deficient because he did not object to the application of the Sentencing Guidelines and because he negotiated a plea agreement that relinquished all of Sauceda's rights. (Doc. 76 at 1-3.) After conducting a *de novo* review, I find these objections to be without merit. Sauceda also requests an evidentiary hearing. (*Id.* at 5.) Because his claims can be resolved on the basis of the record, a hearing is not necessary. *See Parker v. Scott*, 394 F.3d 1302, 1324 (10th Cir. 2005).

    IT IS THEREFORE ORDERED that:

    1) the Magistrate Judge's Proposed Findings and Recommended Disposition are adopted as an order of the Court;

    2) the Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 65) is denied;

---

[1] All document number references are to CR 10-606 JC.

3) this cause is dismissed with prejudice; and

4) a certificate of appealability is denied.

                                                                                                                            _____
JOHN EDWARDS CONWAY
SENIOR UNITED STATES DISTRICT JUDGE