**FILED**
November 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
slt
DEPUTY

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Tran. Court)
2:10CR00606-002RB

DOCKET NUMBER (Rec. Court)
7:23-CR-00185-001-DC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mario Aldo Sauceda | New Mexico | |
| | NAME OF SENTENCING JUDGE | |
| | Robert C. Brack, Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 9/12/2022 — TO 9/11/2027 |

**OFFENSE**

Conspiracy to violate 21 U.S.C. Sec. 841(b)(1)(C); 21 U.S.C. Sec. 846

Enhancement Information; 21 U.S.C. Sec 851

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___ New Mexico ___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

10-11-23
Date

_/s/_ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ Western ___ DISTRICT OF ___ Texas ___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/24/23
Effective Date

_/s/_ United States District Judge